### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

## CAPITAL CASE

STACEY EUGENE JOHNSON                                                                    PETITIONER

v.                                         NO. 5:06CV00185 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

### ORDER

The respondent's motion for reconsideration is DENIED. Document #15. The order authorizing Johnson's counsel to issue a subpoena duces tecum to the custodian of the counseling records of Carol Heath is not a decision on the merits on any issue in this case, and it is well within the Court's discretion under Rule 6(a).

IT IS SO ORDERED this 28th day of June, 2007.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE